IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CORY LEE JACOBS,                    )
                                    )
              Plaintiff,            )
                                    )
       v.                           )   1:19CV687
                                    )
U.S. MARSHALS SERVICE THREE         )
UNKNOWN NAMED DEPUTIES, et al.,     )
                                    )
              Defendants.           )

**ORDER**

On February 11, 2020, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections (Doc. 14) within the time limit prescribed by Section 636.

While the objections are only general and do not invoke the court's duty to conduct a de novo review, the court has nevertheless reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 8), which is affirmed and adopted.

IT IS THEREFORE ORDERED that Plaintiff's claims against members of the United States Marshals Service, claims against staff at the Orange County Jail, and claims against staff from Piedmont Regional Jail based on events occurring at the Orange County Jail,

are dismissed for failing to state a claim upon which relief may be granted.

IT IS FURTHER ORDERED that all claims not dismissed are TRANSFERRED to the United States District Court for the Eastern District of Virginia for all further appropriate proceedings.

                                                  /s/    Thomas D. Schroeder
                                        United States District Judge

April 21, 2020

2

Case 1:19-cv-00687-TDS-JEP   Document 15   Filed 04/21/20   Page 2 of 2